**Order entered April 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00394-CV

### IN RE ANTONIO HERRERA, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-42288, F11-42289, F11-42290**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DISMISS** relator's petition for writ of prohibition. We **ORDER** that relator bear the costs of this original proceeding.

/s/     DAVID LEWIS
          JUSTICE